UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>KAREN ELLEN FARR | No. 1:15-MC-0001-MJS<br><br>**ORDER TO APPEAR OR SHOW CAUSE REGARDING FAILURE TO APPEAR FOR JURY DUTY** |

Karen Ellen Farr, having been summoned for jury duty in this District on November 12, 2014, and not having appeared for same, is hereby ORDERED TO APPEAR FOR JURY SERVICE at the Jury Assembly Room, Room 2-205, 2nd Floor, United States District Court, 2500 Tulare Avenue, Fresno, California, on March 2, 2015 at 8:00 a.m., **or otherwise act as directed** in the Summons that will henceforth be sent to her.

If said Karen Ellen Farr should fail to comply with the above Order, she shall then appear before U.S. Magistrate Judge Michael J. Seng in Courtroom 6 of said court at 9:30 a.m. on April 27, 2015, and Show Cause why she should not be held in contempt for failure to appear as ordered.

1

Said Karen Ellen Farr is advised that any person who fails to show good cause for noncompliance with a jury summons may be fined not more than $1000.00, imprisoned not more than three days, ordered to perform community service, or any combination thereof.  28 U.S.C. Section 1866 (g).

**The Clerk's Office is directed to forward a copy of this Order to Show Cause to the address on file for Karen Ellen Farr.**

IT IS SO ORDERED.

Dated: January 13, 2015         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE